In the Matter of the Claim of WILLIAM HENNESSEY, Respondent, against GUSTAVE MARKENDORF et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

(Argued January 7, 1918; decided January 22, 1918.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered October 8, 1917, *unanimously* affirming an award of the state industrial commission made under the Workmen's Compensation Act. The claimant was employed to feed a bean thresher. The commission found that the employer's business was that of threshing beans for various farmers at their respective farms, traveling through the country with his machine and stopping from place to place to thresh out beans for the farmers for compensation. The bean thresher was on wheels. At the time of the happening of the accident the machine was on a farm at Palmyra. The

claimant, while pushing the bean thresher into the barn, got his finger caught between the separator and the push pole, taking the nail off one of his fingers, and otherwise injuring it so that he was disabled. The question involved was as to whether the claimant was at the time of his injury a farm laborer within the exception contained in section 3, subdivision 4, of article I of the Workmen's Compensation Law, which excludes farm laborers from the application of that law.

*Bertrand L. Pettigrew* and *W. L. Glenney* for appellants.
*Merton E. Lewis*, Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.